**This order is SIGNED.**



**Dated: April 6, 2016**

**JOEL T. MARKER
U.S. Bankruptcy Judge**

---

*Order prepared by*:
Tony G. Jones #9181
**LAW OFFICE OF DAVIS & JONES, P.C.**
5663 South Redwood Rd., Suite 1
Taylorsville, UT 84123
(801)261-2244
Attorneys for Debtor

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| In re:   )   | Case No. 08-26458 |
|    James Haddenham, and   )   | |
|    Patti Jill Haddenham   )   | Chapter 13 |
| )   | |
| )   | Judge Joel T. Marker |
| _____ )   | _____ |

**ORDER RE: MOTION TO REOPEN CASE BY JOINT DEBTOR PATTI JILL HADDENHAM AND
MOTION TO APPROVE SETTLEMENT**

---

The matter before the Court is the Joint Debtor's motion to reopen her case to approve a settlement and to re-close the case. The motion was filed March 9, 2016 and entered as docket number 53.

The deadline to file a response of March 28, 2016 has passed. Notice of the motion was properly served and no party in interest has objected, or objections have been resolved. Therefore, having read arguments/ representations of counsel in the motion and good cause appearing therefor, this Court hereby ORDERS as follows:

   **The Joint Debtor's Motion to Reopen her Chapter 13 case is GRANTED. The Joint Debtor's case is hereby reopened for the limited purpose of affording the Joint Debtor relief on her motion to approve settlement.**

   **The Joint Debtor's Motion to Approve Settlement of her claim with the Transvaginal mesh is hereby GRANTED. Proceeds of the settlement shall be retained by the Joint Debtor pursuant to her claimed exemption.**

   **Relief having been granted, the case is here by CLOSED.**

************************END OF DOCUMENT********************************

**DESIGNATION OF PARTIES TO BE SERVED by Clerk of the Court**
   Service of the foregoing **Order re: MOTION TO REOPEN CASE BY JOINT DEBTOR PATTI JILL HADDENHAM AND MOTION TO APPROVE SETTLEMENT**  shall be served to the parties and in the manner designated below:
**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Lon Jenkins, Chapter 13 Trustee

Law Office of Davis & Jones, PC, Attorney for Debtors
davisjonesnotice@utahdebtcare.com


**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Patti Jill Haddenham
258 South 900 West
Salt Lake City, UT 84104

      _____
           Clerk